### 28101. FARMER v. MARTIN.

Albert Farmer, *pro se.*

*Arthur K. Bolton, Attorney General,* for appellee.

## 28195. VON RICHTER v. CALDWELL.

The trial court did not err in remanding the appellant to custody. *Judgment affirmed. All the Justices concur.*
DECIDED SEPTEMBER 6, 1973.

Gerald R. Von Richter, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.